UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD G. DYKHOUSE,

    Petitioner,

                                           Case No. 2:07-cv-164

v

                                           Hon. Wendell A. Miles

LINDA METRISH,

    Respondent.

_____/

## JUDGMENT

In accordance with the Order entered this date,

IT IS HEREBY ORDERED that the petition is dismissed with prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the petitioner.

Entered this 28th day of January, 2008.

                                                                     /s/ Wendell A. Miles
                                                                Wendell A. Miles, Senior Judge